No. 9195. STATE OF MONTANA, EX REL., ALEXANDER NADEMOVIC, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF SILVER BOW and the HON. JOHN B. McCLERNAN and T. E. DOWNEY, RESPONDENTS.

Decided April 1, 1952.

244 Pac. (2d) 111.

*David L. Holland, William B. Frame,* of Butte, for Relator.

Per Curiam.

After ex parte hearing, the petition for writ of supervisory control is ordered disallowed, but without prejudice.